EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
MARSHALL H. SILVERBERG
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 3 2002

at 12 o'clock and 25 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00402 HG |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | Count 1: 18 U.S.C. § 2113(a) |
| ) | |
| JAY R. MARUYAMA ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

<u>COUNT 1</u>
(18 U.S.C. § 2113(a))

The Grand Jury charges that:

On or about September 25, 2002, in the District of Hawaii, the defendant JAY R. MARUYAMA, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of Bank of Hawaii, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

DATED: October 3, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney


UNITED STATES v. JAY R. MARUYAMA
Cr. No.        (Indictment)